THE CROWELL CORPORATION, Respondent, v. BAUGH AND SONS COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements, on the

authority of *Flick* v. *Wyoming Valley Trust Co.* (149 App. Div. 546). Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.